UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW SHULTZ,

    Plaintiff,

vs.

FATEMEH MAHALATI,

    Defendant.

Case No.
6:25-cv-1478-CEM-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff's Motion to Extend Time to Serve Summons and Complaint (Dkt. 7), filed on August 8, 2025. The motion has been referred to a magistrate judge for consideration.

The motion is denied without prejudice for four independent reasons. First, all pleadings, motions, and other papers filed in this Court must comply with the requirements of Local Rule 1.08. That rule requires filings to be typewritten papers, using certain typefaces and sizes. *See* Local Rule 1.08(a)–(b). The rule also requires the use of double-spacing for a filing's main text. *See id.* 1.08(a).

Second, Local Rule 3.01(a) requires that every motion "include—in a single document no longer than twenty-five pages inclusive of all parts—a concise statement of the precise relief

requested, a statement of the basis for the request, and a legal memorandum supporting the request." The motion here does not include a legal memorandum and so does not comply with the requirements of Local Rule 3.01(a).

Third, a proposed order is attached to the motion. Local Rule 3.01(j), however, prohibits parties in civil actions from "submitting a proposed judgment or other order without leave," unless otherwise permitted. And so, the motion violates Local Rule 3.01(j).

Lastly, the motion is due to be denied on the merits. Federal Rule of Civil Procedure 4(m) provides plaintiffs with 90 days from the date on which a complaint was filed to serve defendants. *See* Fed. R. Civ. P. 4(m). If a defendant cannot be served in that time, and a plaintiff can show good cause for the failure, then the Court "must extend time for service for an appropriate period." Here, the period provided by Rule 4(m) does not expire until November 2. And Plaintiff has not shown that Defendant cannot be served in the time provided. So the motion is denied without prejudice. Plaintiff may renew the motion if he cannot serve Defendant on or before November 2.

Accordingly, it is **ORDERED** that

**DONE** and **ORDERED** in Orlando, Florida, on August 12, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 3 -

Copies to:

Matthew Gary Shultz
8245 Curry Ford Road
Orlando, Florida 32822