UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW GARY SHULTZ,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1478-CEM-RMN**

**FATEMEH MAHALATI,**

**Defendant.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 27). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be denied, the Complaint be dismissed, and Plaintiff be granted leave to amend.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion for Default Judgment (Doc. 27) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before September 14, 2026**, Plaintiff may file an Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party